IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     Plaintiff, | * | |
| v. | * | CR. NO. 06-20079-Ma |
| BOBBY C. MCELRATH, | * | |
|     Defendant. | * | |

ORDER GRANTING DEFENDANT'S MOTION FOR MENTAL EVALUATION

Before this Court is defendant's motion for mental evaluation, filed April 14, 2006. The Court having found good cause therefor, herewith Orders that:

Defendant Bobby McElrath should be transferred to a Federal Medical Facility that is available for an immediate mental examination to determine his competency to stand trial.

**IT IS SO ORDERED** this 14th day of April, 2006.

s/ James H. Allen
James H. Allen
United States Magistrate Judge